(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE



FILED
JAN 18 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

~~[scribbled out]~~

Judeau S. Brown Jr.

*(In the space above enter the full name(s) of the plaintiff(s).)*

2 2 - 6 8

Civ. Action No. _____
(To be assigned by Clerk's Office)

-against-

William Ngwa (Medical Provider)
Ephram Jeon (RN)
Unidentified Nurse

# COMPLAINT
(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

---

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

I. **COMPLAINT**

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

II. **PLAINTIFF INFORMATION**

Name (Last, First, MI): Brown, Judeau, S. Jr.
Aliases:

Prisoner ID #: 00680156

Place of Detention: James T. Vaughn Correctional Center

Institutional Address: 1181 Paddock Rd.

County, City: New Castle, Smyrna   State: Delaware   Zip Code: 19977

III. **PRISONER STATUS**

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

Page **2** of **10**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: **Ngwa, William**
Name (Last, First)

**Medical Provider**
Current Job Title

**1181 Paddock Rd.**
Current Work Address

**New Castle, Smyrna**     **DE**     **19977**
County, City                       State         Zip Code

Defendant 2: **Jeon, Ephram**
Name (Last, First)

**RN**
Current Job Title

**1181 Paddock Rd.**
Current Work Address

**New Castle, Smyrna**     **DE**     **19977**
County, City                       State         Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## Defendant(s) Continued

Defendant 3:  <u>Unidentified Nurse</u>
Name (Last, First)

<u>Nurse</u>
Current Job Title

<u>1181 Paddock Rd</u>
Current Work Address

<u>New Castle, Smyrna</u>   <u>DE</u>   <u>19977</u>
County, City                State     Zip Code


Defendant 4:  _____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
County, City        State       Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Jame T. Vaughn Correctional Center

Date(s) of occurrence: December 7, 2021

State which of your federal constitutional or federal statutory rights have been violated:

The United States Constitution Eighth Amendment Cruel and Unusual Punishment

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

On December 7, 2021, between 3:00 am - 3:30 am, in building 19, A tier, lower cell 9, an unidentified nurse, gave the plaintiff wellbutrin, instead of the plaintiffs' prescribed medication of neurotin.

The plaintiff informed the unidentified nurse, that the wrong medication was administered and that the wrong medication belonged to the plaintiffs' cellmate. In addition, the plaintiff informed the unidentified nurse, of developing stomach nausea, mouth numbness, and chest pains. The unidentified nurse informed the plaintiff that he would come back to address the plaintiffs' medical needs.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> [Who did what?] To the contrary, the unidentified nurse only called the plaintiffs' cellmate to the tier door, in order to give the plaintiffs' cellmate the correct medication, that was originally administered to the plaintiff.

Upon return of the plaintiffs' cellmate, the plaintiff began vomitting and developing headaches, and having trouble breathing.

At 11:54 am, the plaintiff informed officer Cogery, of chest pains and nausea, in which officer Cogery, without hesitation, removed the plaintiff from the cell and sought immediate medical attention.

Officer Cogery, brought the plaintiff to, Medical Provider, William Ngwa, whom the plaintiff informed Mr. Ngwa of being administered the wrong medication, wellbutrin and that the plaintiff experienced an allergic reaction and felt symptoms of chest pains, vomitting, mouth numbness, headaches, nausea, and trouble breathing. Mr. Ngwa agreed to flush the plaintiffs' system, in the interest of the plaintiffs health. To the contrary, Mr. Ngwa never did flush the plaintiffs' system.

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

> Was anyone else involved?

On December 9, 2021, the plaintiff filed a grievance for the wrong medication, Mr. Ngwa failure to flush the plaintiffs' system, and the allergic reactions. The plaintiff requested to have the plaintiffs' system flushed out and $5000 for pain and sufferring. Mr. Ephram Jeon responded by stating, "Medical does not provide monatary reinbursment. returned unprocessed." Mr. Joen completely ignored the plaintiffs' request to have the plaintiffs' system flushed out.

The defendants' in this case were deliberately indiffent to the plaintiffs' medical needs, after causing the pain, being notified, and refusing treatment to the plaintiff

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

Have you filed a grievance concerning the facts relating to this complaint?   ☒ Yes   ☐ No
If no, explain why not:

Is the grievance process completed?   ☒ Yes   ☐ No
If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

$5000 For pain and sufferring
Allow the plaintiff to post bail pending Writ Habeas Corpus
Civ. No. 1-

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?  ☒ Yes  ☐ No

If yes, how many? __4__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

N/A
All dismissed

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

_____

_____

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

1/10/2022
Dated

Judeau S Brown Jr.
Plaintiff's Signature

Brown, Judeau S. Jr.
Printed Name (Last, First, MI)

0068 0156
Prison Identification #

1181 Paddock Rd.   Smyrna   Delaware   19977
Prison Address     City      State      Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M Judequn Brown Jr
SBI# 00680156   UNIT 19-A-L-9

JAMES T. VAUGHN CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



FILED
JAN 18 2022
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

22-68

United States Dist. Court
844 N. King Street,
Unit 18,
Wilmington, DE  19801-3570